IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **COREY A. TAYLOR,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL NO. 05-537-DRH |
| | ) |
| **KEITH BENEFIELD,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

This action came before the Court on Plaintiff's motion to proceed *in forma pauperis*. On August 31, 2005, the Court denied Plaintiff's motion, finding that he was barred by the three-strikes provision. *See* 28 U.S.C. § 1915(g). The Court ordered Plaintiff to pay the $250 filing fee within fifteen days, warning him that this case would be dismissed for his failure to pay that fee. Plaintiff has failed to comply with that order in the time allotted; accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** this action is **DISMISSED without prejudice** for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994). The Clerk is **DIRECTED** to **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

DATED: September 26, 2005.

/s/   David RHerndon
**DISTRICT JUDGE**